IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 16-cv-00056-MSK

ENKHTULGA OTGONBILEG, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

ICON CABLE, INC., and
SHAWN JOHNSON,

    Defendants.

---

**ORDER SETTING RULE 16 HEARING**

---

    **THIS MATTER** comes before the Court upon a Complaint filed by the Plaintiff bringing a collective action under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201, *et seq.* In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

    **IT IS ORDERED**:

(1)     A hearing is set for **May 10, 2016**, at **9:00 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars.

(2)     Prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

- Whether there is a dispute over procedures for giving *Hoffman-LaRoche* notice to other employees.
- A schedule for giving notice and a deadline for filing opt-in notices.
- Whether the Plaintiff intends to seek Rule 23 class action certification for any non-FLSA claims. If so, a schedule and process for doing so.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

**This is not a scheduling conference. Please do not submit a proposed scheduling order.** This hearing does not substitute for a scheduling conference before the Magistrate Judge.

Dated this 16th day of February, 2016.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge