**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                    Date:  April 4, 2016
Court Reporter:       Kara Spitler

Civil Action No. 16-cv-00056-MSK-NYW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| ENKHTULGA OTGONBILEG on his own behalf and on behalf of all other similarly situated, | Brandt Milstein |
| Plaintiff, | |
| v. | |
| ICON CABLE, INC., SHAWN JOHNSON, | Donald Bingham (by telephone) Krista Tushar Kristopher Koepsel (by telephone) |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Rule 16

**3:53 p.m.    Court in session.**

The Court addresses the new directives in the Federal Rules effective December 1, 2015 and inquires of counsel regarding the claims, defenses and discovery, which the parties have already begun.

Statements from counsel.

**ORDER:**     By **April 11, 2016**, the parties will resolve amongst themselves who the employees are that are similarly situated to the plaintiff.

The Court addresses the defendant's Motion to Dismiss or Strike the Plaintiff's Counter Counterclaim.

Statement from plaintiff's counsel.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**  Motion to Strike (**Doc. #28**) is **GRANTED.**

**ORDER:**  The parties will revise their initial pleadings (complaint, answer and counterclaim) by **May 4, 2016.**  The Court authorizes filing of an answer to the counterclaim within the same time period as amending the initial pleadings (5/4/16).

**4:49 p.m.**  Court in recess.

Total Time:   56 minutes.
**Hearing concluded.**